Theodore B. Wells, by his next friend, Herbert J. Wells, appellee, v. Ann Naylor Wells, appellant. Gen. No. 35,086.

McSurely, J., dissents. Opinion filed April 9, 1931. Rehearing denied April 21, 1931.
Miller, Gorham & Wales, for appellant. Stevens, Carrier & Griffith, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Henry Brott for use of Harry Wilk and Joseph Rozen, trading as Wilk & Rosen, defendant in error, v. Metropolitan Life Insurance Company, plaintiff in error. Gen. No. 34,555.

Opinion filed April 15, 1931. Hoyne, O'Connor & Rubinkam, for plaintiff in error. No appearance for defendant in error.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Joseph C. Encher, trading as Lakes & Company, appellant, v. Anton Stakenas and Anele Stakenas, appellees. Gen. No. 34,584.

Opinion filed April 15, 1931.
Bither & Bither, for appellant. Kamfner & Halligan, for appellees; Irving Bilton, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Service State Bank, appellant, v. Max Kulwinsky, appellee. Gen. No. 34,620.

Opinion filed April 15, 1931. Rehearing denied April 27, 1931.
Pierre J. Peloquin, for appellant; J. Lawrence Holleran, of counsel. No appearance for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.